1  D. GILL SPERLEIN (SBN 172887)
   THE LAW OFFICE OF D. GILL SPERLEIN
2  345 Grove Street
   San Francisco, California 94102
3  Telephone: (415) 404-6615
   Facsimile: (415) 404-6616
4  gill@sperleinlaw.com

5  Attorney for Plaintiff,

6  Axel Braun

7

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| AXEL BRAUN, | Case No.: 12-4104 YGR (JSC) |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |
| PRIMARY DISTRIBUTOR DOE NUMBER 1 and DEFENDANT DOES 2 through 92, | FRCP 41(a) |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses this Action without prejudice.

Respectfully submitted,

Dated: *May 6, 2013*   */s/ D. Gill Sperlein*
                       D. GILL SPERLEIN
                       THE LAW OFFICE OF D. GILL SPERLEIN
                       Attorney for Plaintiffs

-1-