D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff,

Axel Braun

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
June 3, 2014

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

AXEL BRAUN,

Plaintiff,

vs.

PRIMARY DISTRIBUTOR DOE NUMBER 1 and DEFENDANT DOES 2 through 92,

Defendants.

**Case No.: 12-4104 YGR (JSC)**

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

**FRCP 41(a)**

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses this Action without prejudice.

Respectfully submitted,

Dated: *May 6, 2013*

*/s/ D. Gill Sperlein*
D. GILL SPERLEIN
THE LAW OFFICE OF D. GILL SPERLEIN
Attorney for Plaintiffs

THE LAW OFFICE OF D. GILL SPERLEIN
345GROVE STREET
TEL: 415-404-6615 SAN FRANCISCO, CA 94102 FAX: 415-404-6616